UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **CONNIE D. WHITE** | **CIVIL ACTION NO. 3:09-CV-67** |
| **VERSUS** | **JUDGE TYSON** |
| **METROPOLITAN LIFE INSURANCE COMPANY** | **MAGISTRATE JUDGE RIEDLINGER** |

### JUDGMENT

On July 6, 2009, Metropolitan Life Insurance Company filed a Motion to Dismiss, or Alternatively, Motion for Summary Judgment.

On June 16, 2010, the Court entered a Ruling on that motion granting Metropolitan Life Insurance Company's Motion to Dismiss, or Alternatively, Motion for Summary Judgment.

Plaintiff, Connie D. White, has filed no response to the ruling within the ten day time delay established by the Court in its Ruling.

In accordance with the Ruling granting the Motion to Dismiss, or Alternatively, Motion for Summary Judgment;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's suit is hereby dismissed, with prejudice, on the merits.

Thus done and signed this 7th day of July, 2010.

Ralph E. Tyson, Chief Judge
Middle District of Louisiana